**STATE STREET TRUST COMPANY et al., Executors, Appellants, v. UNITED STATES of America, Appellee.**

No. 4097.

Circuit Court of Appeals, First Circuit.

Dec. 13, 1945.

J. A. Boyer, of Boston, Mass. (Nichols & Boyer, of Boston, Mass., of counsel), for appellants.

T. Carroll Sizer, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., of counsel), for appellee.

Before ALBERT LEE STEPHENS, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the general reasoning of the court below, 59 F.Supp. 467.

---

**Paul TAPSCOTT and William Livingston, Appellants, v. UNITED STATES of America, Appellee.**

No. 11106.

Circuit Court of Appeals, Ninth Circuit.

Nov. 9, 1945.

Cannon & Callister, of Los Angeles, Cal., for appellants.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and ORR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

---

**Elmer C. TARVER, Appellant, v. UNITED STATES of America, Appellee.**

No. 11170.

Circuit Court of Appeals, Ninth Circuit.

Nov. 7, 1945.

Ames Peterson, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Ernest A. Tolin, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Ordered appeal herein dismissed pursuant to the stipulation of counsel for respective parties, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this Court in this cause issued forthwith.